GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiffs
Adorian Deck; Marylou Deck, as Legal Guardian
of Adorian Deck

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADORIAN DECK; MARYLOU DECK, as Legal Guardian of ADORIAN DECK, a minor, <br><br> Plaintiffs, <br> vs. <br><br> SPARTZ, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:11-CV-01123-JAM-DAD <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)** |

TO THE CLERK OF THIS HONORABLE COURT and all Parties interested:

PLEASE TAKE NOTICE that Plaintiffs Adorian Deck and Marylou Deck, as Legal Guardian of Adorian Deck, a minor ("Plaintiffs") by and through their undersigned attorney of record, hereby submit this Notice of Dismissal in accordance with Federal Rules of Civil Procedure, Rule 41(a)(1)(A).

The Complaint was filed in this court by Plaintiffs on April 26, 2011.

The sole named defendant, Spartz, Inc., has filed neither an answer nor a motion for summary judgment, and the underlying dispute has been conclusively resolved by mutual agreement.

/ / /

/ / /

1  Accordingly, pursuant to FRCP Rule 41(a)(1)(B), this dismissal is with prejudice. And, pursuant to Rule 41(a)(1)(A), the filing of this notice is sufficient to dismiss the action without a court order.

Respectfully submitted,

DATED: November 29, 2011.

**MILLSTONE PETERSON & WATTS, LLP**
*ATTORNEYS AT LAW*


By: _____/s/ Glenn W. Peterson_____
GLENN W. PETERSON

Attorneys for Plaintiffs
Adorian Deck; Marylou Deck, as Legal Guardian
of Adorian Deck

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson